James L. Payne, Bar No. 107021
jlp@paynefears.com
James R. Moss, Jr., Bar No. 196725
jrm@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant LINCOLN MILITARY PROPERTY
MANAGEMENT, INC.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN COVARRUBIAS,<br><br>          Plaintiff,<br><br>     v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC.,<br><br>          Defendant. | Case No. CV11-10736 DMG (PJWx)<br><br>**STIPULATION FOR DISMISSAL** |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1    IT IS HEREBY STIPULATED by and between Plaintiff JOHN

2  COVARRUBIAS and Defendant LINCOLN MILITARY PROPERTY MANAGEMENT,

3  INC., through their counsel of record, that all claims for relief

4  in the above-captioned action brought by Plaintiff be and hereby

5  are dismissed with prejudice pursuant to Federal Rule of Civil

6  Procedure 41(a)(1), with each party to bear their own costs and

7  attorneys' fees.

8

9  DATED: November 16, 2012    ROSE KLEIN & MARIAS LLP

10

11                              By:    /s/ William M. Grewe
                                       William M. Grewe

12                              Attorneys for Defendant
                                JOHN COVARRUBIAS

13

14 DATED: November 16, 2012    PAYNE & FEARS LLP

15

16                              By:    /s/James R. Moss, Jr.
                                       JAMES R. MOSS, JR.

17

18                              Attorneys for Defendant LINCOLN
                                MILITARY PROPERTY MANAGEMENT,
                                INC.

19

20

21

22

23  4814-9003-2145.1

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-