James L. Payne, Bar No. 107021
jlp@paynefears.com
James R. Moss, Jr., Bar No. 196725
jrm@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant LINCOLN MILITARY PROPERTY MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JOHN COVARRUBIAS,

Plaintiff,

v.

LINCOLN MILITARY PROPERTY MANAGEMENT, INC.,

Defendant.

Case No. CV11-10736 DMG (PJWx)

**STIPULATION FOR DISMISSAL**

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

IT IS HEREBY STIPULATED by and between Plaintiff JOHN COVARRUBIAS and Defendant LINCOLN MILITARY PROPERTY MANAGEMENT, INC., through their counsel of record, that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: November 16, 2012 ROSE KLEIN & MARIAS LLP

By: *___/s/ William M. Grewe___*
William M. Grewe

Attorneys for Defendant
JOHN COVARRUBIAS

DATED: November 16, 2012 PAYNE & FEARS LLP

By: *___/s/James R. Moss, Jr.___*
JAMES R. MOSS, JR.

Attorneys for Defendant LINCOLN MILITARY PROPERTY MANAGEMENT, INC.

4814-9003-2145.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100